UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMOKING CIGARS, LLC,

                Plaintiff,

   -against-

THE PEOPLES CIGAR REPUBLIC LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2026__

7:24-cv-1765  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court has received a response from Plaintiff's counsel addressing the issues raised in the Court's Order to Show Cause. It is hereby ORDERED that the Court's Order to Show Cause at ECF No. 14 is VACATED. It is further ORDERED that counsel shall submit a completed Civil Case Management Plan ("CMP"), as the previously submitted CMP was incomplete (blank form attached). It is further ORDERED that counsel shall complete and personally sign (not "s/") the Notice, Consent, and Reference of a Civil Action to a U.S. Magistrate Judge for all purposes, including entry of judgment, pursuant to 28 U.S.C. § 636(c). The form may be found on the docket at the March 8, 2024 entry designating Magistrate Judge Andrew E. Krause.

Dated:    March 6, 2026
          White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. May 2014

-----------------------------------------------------------------x

                                Plaintiff(s),

- against -

                             Defendant(s).

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

_____ CV _____ (NSR)

-----------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.      Requests to Admit, if any, shall be served no later than _____.

10.      Expert reports shall be served no later than _____.

11.      Rebuttal expert reports shall be served no later than _____.

12.      Expert depositions shall be completed by _____.

13.      Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.      **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.      Any motions shall be filed in accordance with the Court's Individual Practices.

16.      This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.      The Magistrate Judge assigned to this case is the Hon. _____.

18.      If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.      The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: _____
White Plains, New York

_____
Nelson S. Román, U.S. District Judge